In the Matter of JOHN O. NELSON, Appellant, against CIVIL SERVICE COMMISSIONER et al., Respondents.

(Submitted December 11, 1933, decided December 15, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 648.)